UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Glenn Rodney Wright, )
)
    Plaintiff, )
)
v. ) Civil Action No. 14-147
)
U.S. Labor Workforce/ )
National Security *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff is a resident of Memphis, Tennessee. The complaint consists of disjointed statements and the named defendants do not appear to be entities capable of being sued. Even if the defendants are subject to a lawsuit, the plaintiff's statements provide no logical link to the defendants and, therefore, fail to provide them adequate notice of a claim. Hence, this case will be dismissed.[1]

/s/ Reggie B. Walton
United States District Judge

Date: January 15, 2014

---

[1] A separate Order accompanies this Memorandum Opinion.